# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| EDWIN GOMEZ BLANCO., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  26-CV-61-CJW-KEM |
| MARKWAYNE MULLIN, et al, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Petitioner's Petition for Writ of Habeas Corpus 28:2241 is granted in part and denied in part.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   C.J. Williams

.

Date:    4/28/2026

CLERK OF COURT

_____ Deputy Clerk
*Signature of Clerk or Deputy Clerk*